■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD D. KNAPP, Appellant. [708 NYS2d 686] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment revoking his sentence of probation and sentencing him to a term of 1¹/₃ to 4 years of incarceration, defendant contends that his admission is insufficient as a matter of law to support a finding that he violated his probation. By failing to move to withdraw his admission, however, defendant failed to preserve that contention for our review (*see, People v LaLonde,* 178 AD2d 944, 945, *lv denied* 79 NY2d 1003; *see also, People v Hunter,* 194 AD2d 628; *People v Lombardo,* 108 AD2d 873, 874), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]; *People v Lombardo, supra,* at 874). (Appeal from Judgment of Onondaga County Court, Fahey, J.—Violation of Probation.) Present—Green, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.